James F. Monagle (SBN 236638)
MULLEN COUGHLIN LLC
309 Fellowship Road, Suite 200
Mt. Laurel, NJ 08054
T: 267-930-1529
jmonagle@mullen.law

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, on behalf of himself and all others similarly situated and for the benefit of the general public,<br><br>Plaintiff,<br><br>v.<br><br>PARTNERSHIP HEALTHPLAN OF CALIFORNIA, and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 4:22-CV-03132-TMI<br><br>**CLASS ACTION**<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |

By agreement and pursuant to Local Rule 6.1, the Parties have agreed to a stipulation extending the time for Defendant to respond to Plaintiff's Complaint until July 21, 2022.

**ECF ATTESTATION**

Pursuant to L.R. 5-1(i)(3), James Monagle hereby attests that concurrence in the filing of this document has been obtained from all signatories.

Dated: June 17, 2022

MULLEN COUGHLIN, LLC

By:   */s/James Monagle*
James F. Monagle (SBN 236638)
MULLEN COUGHLIN LLC
309 Fellowship Road, Suite 200
Mt. Laurel, NJ 08054
T: 267-930-1529
jmonagle@mullen.law

*Attorney for Defendant*

Dated: June 17, 2022

*/s/ Alan M. Mansfield*
Alan M. Mansfield, SBN: 125998
WHATLEY KALLAS, LLP
1 Sansome Street, 35th Floor
PMB #131
San Francisco, CA  94104

16870 W. Bernardo Drive
Suite 400
San Diego, CA 92127
Phone: (619) 308-5034
Fax: (888) 341-5048
Email: amansfield@whatleykallas.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Stipulation to Extend Time For Defendant to Respond to Complaint was filed electronically with the Court and served upon all counsel of record electronically through CM/ECF.

Dated: June 17, 2022

                                        MULLEN COUGHLIN, LLC

By:  */s/James Monagle*
      James F. Monagle (SBN 236638)
      MULLEN COUGHLIN LLC
      309 Fellowship Road, Suite 200
      Mt. Laurel, NJ 08054
      T: 267-930-1529
      jmonagle@mullen.law
      *Attorneys for Defendant*