**WHATLEY KALLAS, LLP**
Alan M. Mansfield, SBN: 125998
1 Sansome Street, 35th Floor
PMB #131
San Francisco, CA 94104
Phone: (619) 308-5034
Fax: (888) 341-5048
Email: amansfield@whatleykallas.com

**JANSSEN MALLOY LLP**
Megan A. Yarnall, SBN: 275319
730 Fifth Street
Eureka, CA 95501
Phone: (707) 445-2071 ext. 223
Fax: (707) 445-8305
Email: myarnall@janssenlaw.com

**Attorneys for Plaintiff**

**[Additional Counsel on Signature Page]**



IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
11/8/2022

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, on behalf of himself and all others similarly situated and for the benefit of the general public,<br><br>      Plaintiff,<br><br>      v.<br><br>PARTNERSHIP HEALTHPLAN OF CALIFORNIA, and DOES 1 through 25, inclusive,<br><br>      Defendants. | Case No. 4:22-CV-03132-YGR<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. PROC. RULE 41(a)(1)(A)(i)** |

COME NOW, the Parties in the above styled action and stipulate as follows:

WHEREAS, this action was filed on May 27, 2022;

WHEREAS, this action was filed on behalf of a putative class of affected members of Partnership Health Plan ("PHC"), a California based entity as the sole defendant;

WHEREAS, Plaintiff filed this action in this Court based on the jurisdictional diversity provisions of 28 U.S.C. §§ 1332(d);

WHEREAS, two-thirds or more of the members of the proposed plaintiff class in the aggregate, and the sole defendant, are citizens of California, and thus under 28 U.S.C. § 1332(d)(4)(B) the Court must decline jurisdiction over the claims asserted in this action; and,

WHEREAS, Partnership HealthPlan of California has not filed in an answer, responsive pleading or summary judgment motion in this action;

NOW, THEREFORE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate to dismiss this action without prejudice.

**IT IS SO STIPULATED.**

Dated: November 8, 2022            Respectfully submitted,

_____
**WHATLEY KALLAS, LLP**
Alan M. Mansfield, SBN: 125998
1 Sansome Street, 35th Floor
PMB #131
San Francisco, CA 94104

16870 W. Bernardo Drive
Suite 400
San Diego, CA 92127
Phone: (619) 308-5034
Fax: (888) 341-5048
Email: amansfield@whatleykallas.com

**WHATLEY KALLAS, LLP**
Joe R. Whatley, Jr. (*Pro Hac Vice application to be filed*)
jwhatley@whatleykallas.com
Edith M. Kallas (*Pro Hac Vice application to be filed*)

ekallas@whatleykallas.com
Patrick J. Sheehan (*Pro Hac Vice application to be filed*)
psheehan@whatleykallas.com
152 W. 57th Street, 41st Floor
New York, NY 10019
Tel: (212) 447-7060
Fax: (800) 922-4851

**JANSSEN MALLOY LLP**
Megan A. Yarnall, SBN: 275319
730 Fifth Street
Eureka, CA 95501
Phone: (707) 445-2071 ext. 223
Fax: (707) 445-8305
Email: myarnall@janssenlaw.com

**APRIL M. STRAUSS, A PC**
April M. Strauss, SBN: 163327
2500 Hospital Drive, Bldg 3
Mountain View, CA 94040
Phone: (650) 281-7081
Email: astrauss@sfaclp.com

**DOYLE APC**
William J. Doyle, SBN: 188069
550 West B Street
4th Floor
San Diego, CA 92101
Phone: (619) 736-0000
Fax: (619) 736-1111
Email: bill@doyleapc.com

*Attorneys for Plaintiff*

2
STIPULATION OF VOLUNTARY DISMISSAL     1:22-CV-03132-YGR

Dated: November 8, 2022

*/s/ James F. Monagle*
**MULLEN COUGHLIN LLC**
James F. Monagle (SBN 236638)
309 Fellowship Rd., Suite 200
Mt. Laurel, NJ 08054
Telephone: (267) 930-1529
Facsimile: (267) 930-4771
Email: jmonagle@mullen.law

*Attorney for Defendant,*
*Partnership HealthPlan of California*

### ECF ATTESTATION

Pursuant to L.R. 5-1(i)(3), Alan M. Mansfield hereby attests that concurrence in the filing of this document has been obtained from all signatories.

Dated: November 8, 2022

Respectfully submitted,

**WHATLEY KALLAS, LLP**
Alan M. Mansfield, SBN: 125998
1 Sansome Street, 35th Floor
PMB #131
San Francisco, CA 94104

16870 W. Bernardo Drive
Suite 400
San Diego, CA 92127
Phone: (619) 308-5034
Fax: (888) 341-5048
Email: amansfield@whatleykallas.com